NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC.,**
*Appellant,*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**MOTOROLA MOBILITY, INC.,**
*Intervenor.*

---

2012-1338

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-750.

---

**ON MOTION**

---

# ORDER

Upon consideration of Motorola Mobility, Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

**MAY 22 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  E. Joshua Rosenkranz, Esq.
     Megan M. Valentine, Esq.
     Charles K. Verhoeven, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2012

JAN HORBALY
CLERK